UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

          Plaintiff,

      v.

SALESFORCE INC.,

          Defendant.

Case No.  26-cv-05319-RFL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to 26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____

RITA F. LIN
United States District Judge